**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

ATLANTIC PACIFIC LINES, INC.                Index No. 19-cv-08037

    Plaintiff,

v.

NORTH AMERICAN CARGO, INC.
and UW INTERNATIONAL CORP.

    Defendant.

_____/

## ORDER AUTHORIZING FOR SUBSTITUTE SERVICE UPON UW INTERNATIONAL CORP.

**THIS MATTER** having been brought before the Court by Spector Rubin, P.A., attorneys for Plaintiff, Atlantic Pacific Lines, by way of an Unopposed Motion for Issuance of Order Authorizing Substitute Service Upon Defendant, UW International Corp., and the Court having considered the papers submitted in support thereof and for good cause shown,

    **IT IS** on this __7th__ day of __January__, 2020,

**ORDERED** as follows:

1. Plaintiff's Motion is hereby GRANTED.

2. The Court finds that sufficient evidence has been presented that the registered agent of UW International Corp. cannot with reasonable diligence be found at the address designated for personally delivering the process, and it is shown by affidavit to the satisfaction of the court that process against UW International Corp. cannot be served with reasonable diligence upon the designated agent by hand in the manner provided

1

in Section 415.10, subdivision (a) of Section 415.20 or subdivision (a) of Section

415.30 of the Code of Civil Procedure or upon the corporation in the manner provided

in subdivision (a), (b) or (c) of Section 416.10 or subdivision (a) of Section 416.20 of

the California Code of Civil Procedure.

3.  Therefore, it is Ordered that plaintiff is authorized to serve UW International Corp. by

delivering by hand to the Secretary of State, or to any person employed in the Secretary

of State's office in the capacity of assistant or deputy, one copy of the process for UW

International Corp., together with a copy of this Order.

ιJAN 0 7 2020

Honorable George B. Daniels, U.S.D.J.