**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ATLANTIC PACIFIC LINES, INC.,

                          Plaintiff,

   -against-

NORTH AMERICAN CARGO, INC. et al.,

                         Defendants.

------------------------------------- x

ORDER

19 Civ. 8037 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 8, 2020 conference is adjourned to June 10, 2020 at 9:45 a.m.

Dated: New York, New York
        March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge