UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ATLANTIC PACIFIC LINES, INC.,

                                     Plaintiff,

-against-

NORTH AMERICAN CARGO, INC. et al.,

                                     Defendants.

------------------------------------- x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED: JUN 0 1 2020**

ORDER

19 Civ. 8037 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from June 10, 2020 to August 19, 2020 at 9:45 am.

Dated: New York, New York
         June 1, 2020

                                                     SO ORDERED.

                                                     GEORGE B. DANIELS
                                                     United States District Judge