USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 11 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ATLANTIC PACIFIC LINES, INC.,

                       Plaintiff,

      -against-

NORTH AMERICAN CARGO, INC. et al.

                      Defendants.

------------------------------------- x

ORDER

19 Civ. 8037 (GBD)

GEORGE B. DANIELS, United States District Judge:

     The final pretrial conference scheduled for July 15, 2020 is canceled. As set forth in the order dated June 1, 2020 (ECF No. 39), a status conference is scheduled for August 19, 2020 at 9:45 am. All deadlines set forth in the civil case management plan and schedule (ECF No. 23) are extended by 90 days.

Dated: New York, New York
       June 11, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge