UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- 

ATLANTIC PACIFIC LINES, INC.,

                          Plaintiff,

     -against-

NORTH AMERICAN CARGO, INC. et al.,

                        Defendants.

------------------------------------- x

ORDER

19 Civ. 8037 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 17 2020

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from August 19, 2020 to December 9, 2020 at 9:45 am.

Dated: New York, New York
       August 17, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge