**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ATLANTIC PACIFIC LINES, INC.,

              Plaintiff,

   -against-

NORTH AMERICAN CARGO, INC. and
UW INTERNATIONAL CORP.,

             Defendants.

------------------------------------- x

ORDER

19 Civ. 8037 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

In light of this Court's referral to Magistrate Judge Aaron for General Pretrial, Specific Non-Dispositive Motion/ Dispute, and Dispositive Motion, all conferences previously scheduled before Judge Daniels are cancelled and all deadlines are adjourned *sine die*.

Dated: June 7, 2021

SO ORDERED.

*George B. Daniels*
United States District Judge