UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Atlantic Pacific Lines, Inc.,

                Plaintiff,

-against-

North American Cargo, Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

1:19-cv-08037 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, as well as dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A)-(B). (ECF No. 51.) All pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

    Having reviewed the parties' June 4, 2021 Letter (ECF No. 49), it is hereby Ordered that the parties shall file a joint letter regarding the status of this action on September 2, 2021 or once a resolution has been reached, whichever is sooner.

**SO ORDERED.**

DATED:    New York, New York
                June 8, 2021

_____
STEWART D. AARON
United States Magistrate Judge