USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Atlantic Pacific Lines, Inc.,

                         Plaintiff,

-against-

North American Cargo, Inc. et al.,

                         Defendants.

1:19-cv-08037 (GBD) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's June 8, 2021 Order, the parties were to file a joint letter regarding the status of this action on September 2, 2021 or once a resolution had been reached, whichever was sooner. (6/8/2021 Order, ECF No. 52.) While the parties did file on that date a Notice of Settlement with respect to Defendant North American Cargo, Inc. (ECF No. 53), they did not provide any update with respect to Defendant UW International Corp., except that the claims "remain pending." (*See id*.) Accordingly, no later than Friday, September 10, 2021, the parties shall file a joint letter regarding the status of this action, including a proposed schedule for the completion of discovery.

**SO ORDERED.**

DATED:     New York, New York
                September 7, 2021

_____
STEWART D. AARON
United States Magistrate Judge