```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Atlantic Pacific Lines, Inc.,**

                **Plaintiff,**

-against-

**North American Cargo, Inc. et al.,**

                **Defendants.**

1:19-cv-08037 (GBD) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that any response by Defendant UW International Corp. to Plaintiff's motion for a default judgment (*see* ECF No. 57) shall be filed no later than November 15, 2021.

    It is further Ordered that, no later than Friday, October 15, 2021, Plaintiff shall serve a copy of this Order on Defendant UW International Corp. and file proof of service on the docket.

**SO ORDERED.**

DATED:    New York, New York
                October 13, 2021

_____
STEWART D. AARON
United States Magistrate Judge