```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Atlantic Pacific Lines, Inc.,

                Plaintiff,

-against-

North American Cargo, Inc. et al.,

                Defendants.

1:19-cv-08037 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than December 1, 2021, Plaintiff shall respond to Defendant UW's opposition to Plaintiff's motion for default judgment/cross-motion to set aside the default pursuant to Federal Rule of Civil Procedure 55(c). (*See* Def. UW's Opp. Mem., ECF No. 61.)

**SO ORDERED.**

DATED:    New York, New York
               November 16, 2021

_____
STEWART D. AARON
United States Magistrate Judge