```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Atlantic Pacific Lines, Inc.,

                Plaintiff,

-against-

North American Cargo, Inc. et al.,

                Defendants.

1:19-cv-08037 (GBD) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Wednesday, January 12, 2022, at 10:30 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
                January 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge