```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Atlantic Pacific Lines, Inc., <br><br>        Plaintiff, <br><br>-against- <br><br>North American Cargo, Inc. et al., <br><br>        Defendants. | 1:19-cv-08037 (GBD) (SDA) <br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, the Court held a telephone conference today with Plaintiff and Defendant UW International Corp. ("UW); and

WHEREAS, during the conference, Plaintiff indicated that it would withdraw its two prior Notices of Voluntary Dismissal (ECF Nos. 70 & 74) and file a single Notice of Voluntary Dismissal dismissing the entire action.

NOW, THEREFORE, it is hereby Ordered as follows:

1. The Notices of Dismissal filed at ECF Nos. 70 and 74 are deemed withdrawn. The Clerk of Court is directed to take no action with respect to those Notices.

2. No later than January 19, 2022, Plaintiff shall file a Notice of Dismissal as to the entire action, as discussed during today's conference.

**SO ORDERED.**

DATED:  New York, New York
      January 12, 2022

_____
STEWART D. AARON
United States Magistrate Judge